AO 245A (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __New York__

UNITED STATES OF AMERICA

V.

Vincenzo Fusco

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:05-cr-217

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_[signature]_
Signature of Judicial Officer

Frederick J. Scullin, Jr., Senior U.S. District Judge
Name and Title of Judicial Officer

June 13, 2006
Date